IN THE MATTER OF THE ALLEGED WILL OF MENA
GLISENCAMP, DECEASED.

January 25, 1982.

Petition for certification denied.

IN THE MATTER OF THE ALLEGED WILL OF MENA
GLISENCAMP, DECEASED.

January 25, 1982.

Certification is granted and the order of the Superior Court,
Appellate Division, is summarily reversed and the matter is
remanded to the Appellate Division for an award of counsel
fees.  Jurisdiction is not retained.

STATE OF NEW JERSEY v. ARTHUR PEARL, JR.

January 25, 1982.

Petition for certification denied.

ADELA MALDONADO v. EVANS ARISTOCRAT
INDUSTRIES, INC.

January 25, 1982.

Petition for certification denied.